ORIGINAL

FILED

08 JAN 16  AM 11: 40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ PDU _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America
8

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  08 MJ 0132

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate No. _____ |
| Plaintiff, | ) | |
| v. | ) | **MOTION AND ORDER TO FILE** |
| | ) | **COMPLAINT UNDER SEAL AND** |
| LEE VAUGHN WALKER (1), | ) | **ORDER THEREON** |
|     aka "Lee Dog", | ) | |
| MELVIN ALEXANDER (2), | ) | |
| JOSE GALVAN RICO (3), | ) | |
|     aka "Mija", | ) | |
| ELEODORO CASTILLO (4), | ) | |
|     aka "Onko", | ) | |
| DAPHNE ROSALINDA JACKSON (5), | ) | |
|     aka Daphne R. Rae, | ) | |
| BERNAL ANTHONY MITCHELL (6), | ) | |
|     aka "Tony", | ) | |
| ALLEN MATTHEW BAKER Jr. (7), | ) | |
|     aka "J.R.", aka Tracy Reyard Diggs, | ) | |
|     aka Marcus Johnson, | ) | |
| MICHAEL DWAYNE TRYALS (8), | ) | |
|     aka "Texas Mike", aka Michael Tryls, | ) | |
|     aka Dave Brooks, aka Leon Howard | ) | |
|     Blair, aka Earl David Hollis, | ) | |
| BOBBY SHAWN LOCKHART (9), | ) | |
|     aka "Blue", | ) | |
| ALEXANDER WEIR IV (10), | ) | |
|     aka "Brick", | ) | |
| ALEXANDER WEIR V (11), | ) | |
|     aka "Lil' Brick", | ) | |
| FELIPE MEDINA (12), | ) | |
| MELVIN ANDRE BIBBS (13), | ) | |
| MARK EDWARD RUNNELS (14), | ) | |
|     aka "Marky Mark", | ) | |
| | ) | |
| Defendants. | ) | |

1        The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and

2    ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for

3    an Order sealing the complaint in the above-captioned matter until further notice.

4        DATED:  January 15, 2008.

5                                   Respectfully submitted,

6                                   KAREN P. HEWITT
                               United States Attorney

7

8

9                                   ANDREW G. SCHOPLER

10                                   Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2