ORIGINAL



FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>LEE VAUGHN WALKER (1),<br>        aka "Lee Dog",<br>MELVIN ALEXANDER (2),<br>JOSE GALVAN RICO (3),<br>        aka "Mija",<br>ELEODORO CASTILLO (4),<br>        aka "Onko",<br>DAPHNE ROSALINDA JACKSON (5),<br>        aka Daphne R. Rae,<br>BERNAL ANTHONY MITCHELL (6),<br>        aka "Tony",<br>ALLEN MATTHEW BAKER Jr. (7),<br>        aka "J.R.", aka Tracy Reyard Diggs,<br>        aka Marcus Johnson,<br>MICHAEL DWAYNE TRYALS (8),<br>        aka "Texas Mike", aka Michael Tryls,<br>        aka Dave Brooks, aka Leon Howard<br>        Blair, aka Earl David Hollis,<br>BOBBY SHAWN LOCKHART (9),<br>        aka "Blue",<br>ALEXANDER WEIR IV (10),<br>        aka "Brick",<br>ALEXANDER WEIR V (11),<br>        aka "Lil' Brick",<br>FELIPE MEDINA (12),<br>MELVIN ANDRE BIBBS (13),<br>MARK EDWARD RUNNELS (14),<br>        aka "Marky Mark",<br><br>             Defendants. | Magistrate No. 08MJ0132<br><br>**ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |

Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

//

3

IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously filed in the above-captioned matter on January 16, 2008, be unsealed.

IT IS SO ORDERED.

DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge