**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. )
Daphne Rosalinda JACKSON, aka )
Daphne R. RAE )
)

UNSEALED 1/16/08

**ORDERED SEALED BY COURT**

WARRANT ISSUED ON THE BASIS OF:

__Failure to Appear    __Order of Court
__Indictment           __Information
X Complaint

Magistrate Case No.

**WARRANT FOR ARREST**

08 MJ 0132

BY: _____ DEPUTY

TO:
  Any U.S. Marshal or other
  authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

Daphne Rosalinda Jackson, aka
Daphne R. Rae
2707 Highland Ave., #23, San Diego, California

DISTRICT OF ARREST:
SOUTHERN DISTRICT OF CALIFORNIA

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine (Ct. 1)
Conspiracy to Distribute Methamphetamine (Ct. 2)

IN VIOLATION OF

| UNITED STATES CODE TITLE(S) | SECTION(S) |
|---|---|
| 21 | 841, 846 |

BAIL: To Be Set in Court

OTHER CONDITIONS OF RELEASE

ORDERED BY: **NITA L. STORMES U.S. MAGISTRATE JUDGE**

DATE ORDERED: 1-15-08

CLERK OF COURT/U.S. MAGISTRATE JUDGE    BY    DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED    NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE

DATE EXECUTED

ARRESTED BY STEVEN C. STAFFORD, ACTING U.S. MARSHAL S/CA

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

FBI 3580