DOUGLAS C. BROWN
Attorney at Law
225 Broadway, Ste. 2200
San Diego, CA 92l0l
(6l9) 231-6158

STATE BAR NO. 85995

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Crim. No. 08CR0256-4-L |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NOTICE OF JOINDER WITH |
| | ) | DISCOVERY MOTION OF |
| v. | ) | ELEODORO CASTILLO-URBINA-3 |
| | ) | DOCKET # CR98 |
| DAPHNE R. JACKSON, | ) | |
| | ) | July 7, 2008 |
| Defendant. | ) | Judge Lorenz |
| | ) | 3:00 p.m. |

TO: U.S. DISTRICT COURT

Counsel for defendant Daphne R. Jackson hereby joins in the motion for discovery filed by co defendant Eleodoro Castillo-Urbina(3) on March 31, 2008. (CR docket # 98).

Dated: April 2, 2008

       s/ Douglas C. Brown

      DOUGLAS C. BROWN, ATTORNEY

DOUGLAS C. BROWN
Attorney At Law
State Bar No. 85995
225 BROADWAY, SUITE 2200
SAN DIEGO, CA  92101
Telephone (619)231-6158

Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     08CR0256-4-L
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )     PROOF OF SERVICE
DAPHNE R. JACKSON,                   )
                                     )
            Defendant.               )
_____  )

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO ) ss.

   DOUGLAS C. BROWN, being first duly sworn, deposes and states:

   1. That he is a citizen of the United States and resident of San Diego, California.

   2. That his business address is 225 Broadway, Suite 2200, San Diego, California, that he is over the age of eighteen years and is not a party to the above-entitled matter

   3. That on April 2, 2008 he served by Notice of Electronic Filing, Motion to Join Discovery on the:

Office of the U.S. Attorney

Federal Office Building

880 Front St.

San Diego, Ca. 92101;

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, California, on April 2, 2008.

<u>s/ Douglas C. Brown</u>
DOUGLAS C. BROWN, ATTORNEY