UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0256-L |
| Plaintiff, | ) ) | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | ) ) | |
| DAPHNE ROSALINDA JACKSON (4), aka Daphne R. Rae, | ) ) ) | |
| Defendant. | ) ) | |

On October 24, 2008, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DAPHNE ROSALINDA JACKSON (4) in the properties listed in the Forfeiture Allegations of the Indictment, namely,

a. approximately $626 in U.S. currency;

b. approximately $718 in U.S. currency;

c. approximately $2,136 in U.S. currency;

d. approximately $1,360 in U.S. currency;

e. approximately $1,955 in U.S. currency;

f. approximately $500 in U.S. currency;

g. a 1998 Chevy Tahoe V8, bearing California license plate number 3XSH296 and VIN 1GNEK13R3WJ333366;

h. a 2004 Nissan Armada V8, bearing California license plate number 5LDP491 and VIN 5N1AA08A34N746851;

| | | |
|---|---|---|
| 1 | i. | a 2005 Cadillac CTS Sedan V6, bearing California license plate number 6AIM935 and VIN 1G6DP567450188336; |
| 2 | | |
| 3 | j. | a 1998 Cadillac Deville D'Elegance, bearing California license plate number 4YGR821 and VIN 1G6KE54Y7WU782339; and |
| 4 | l. | a 2000 Honda Accord 4DR, bearing California license plate number 6AMM960 and VIN 3HGCG6657YG702226. |
| 5 | | |
| 6 | m. | a personal money judgment against the Defendant, entered by the Clerk of the Court on January 8, 2009, in the amount of **$20,000.00.** |

For thirty (30) consecutive days ending on November 26, 2008, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On November 21, 2008, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Virginia Hughes<br>7410 Cuvier Street, #4,<br>La Jolla CA 92037 | 7006 3450 0002 4571 3135 | Delivered 11/29/08 per USPS Track & Confirm website |
| Lee Vaughn Walker (1)<br>c/o Shaun Khojayan, Esq.<br>Law Offices of Shaun Khojayan, PLC<br>121 Broadway, Suite 338<br>San Diego CA 92101 | 7006 3450 0002 4571 3142 | Signed for as received on 11/24/08 |
| Melvin Alexander (2)<br>c/o Mark F. Adams, Esq.<br>Law Offices of Mark F. Adams<br>964 Fifth Avenue, Suite 335<br>San Diego CA 92101 | 7006 3450 0002 4571 3159 | Signed for as received on 11/24/08 |
| Eleodoro Castillo-Urbina (3)<br>c/o Antonio F. Yoon, Esq.<br>Law Offices of Antonio F. Yoon<br>501 West Broadway, Suite A-387<br>San Diego CA 92101 | 7006 3450 0002 4571 3173 | Signed for as received on 11/22/08 |

//

//

| | Name and Address | Article No. | Result |
|---|---|---|---|
| 1 | | | |
| 2 | Bernal Anthony Mitchell (5)<br>c/o Mahir Twefik Sherif, Esq.<br>Law Offices of Mahir T. Sherif<br>3376 30th Street<br>San Diego CA 92104-4535 | 7006 3450 0002 4571 3166 | Signed for as received on 11/24/08 |
| 5 | Allen Matthew Baker, Jr. (6)<br>c/o Joseph Milchen, Esq.<br>Law Offices of Joseph Milchen<br>136 Redwood Street<br>San Diego CA 92103 | 7006 3450 0002 4571 3180 | Signed for as received on 11/24/08 |
| 8 | Michael Dwayne Tryals (7)<br>c/o David H. Bartick, Esq.<br>Law Offices of David H. Bartick<br>101 West Broadway, Suite 1950<br>San Diego CA 92101-8220 | 7006 3450 0002 4571 3197 | Signed for as received on 11/24/08 |
| 11 | Bobby Shawn Lockhart (8)<br>c/o Stephen Patrick White, Esq.<br>Law Offices of Stephen P. White<br>101 West Broadway, Suite 1950<br>San Diego CA 92101-6036 | 7006 3450 0002 4571 3203 | Signed for as received on 11/24/08 |
| 14 | Alexander Weir, IV (9)<br>c/o John C. Lemon, Esq.<br>Law Office of John C. Lemon<br>1350 Columbia Street, Suite 600<br>San Diego CA 92101 | 7006 3450 0002 4571 3210 | Signed for as received on 11/24/08 |
| 17 | Alexander Weir, V (10)<br>c/o Benjamin P. Lehman, Esq.<br>Law Offices of Benjamin P. Lechman<br>964 Fifth Avenue, Suite 303<br>San Diego CA 92101 | 7006 3450 0002 4571 3227 | Signed for as received on 11/24/08 |
| 20 | Felipe Medina (11)<br>c/o Stephen D. Lemish<br>Attorney at Law<br>152 West Park Avenue, Suite 150<br>El Cajon CA 92020 | 7006 3450 0002 4571 3234 | Signed for as received on 11/24/08 |
| 23 | Melvin Andre Bibbs (12)<br>c/o Mary A. Franklin, Esq.<br>Law Offices of Mary A. Franklin<br>P.O. Box 152318<br>San Diego CA 92101 | 7006 3450 0002 4571 3241 | Signed for as received on 1/05/09 |
| 26 | Mark Edward Runnels (13)<br>c/o Keith Howard Rutman, Esq.<br>Law Offices of Keith H. Rutman<br>402 West Broadway, Suite 2010<br>San Diego CA 92101-8516 | 7006 3450 0002 4571 3258 | Signed for as received on 11/24/08 |

**1**     On December 9, 2008, Virginia Hughes filed a Petition for Hearing to Adjudicate Validity

**2**  of Petitioner's Interest In Forfeited Property regarding one of the above-referenced assets, the 1998

**3**  Chevy Tahoe.  On March 25, 2009, this Court filed its order denying the petition; therefore, the

**4**  1998 Chevy Tahoe may  now be forfeited along with the other assets.

**5**     Thirty (30) days have passed following the final date of notice by publication and notice

**6**  by certified mail, and no third party except Virginia Hughes has made a claim to or declared any

**7**  interest in the forfeited properties described above.

**8**     Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result

**9**  of the failure of any third party to come forward or file a petition for relief from forfeiture as

**10** provided by law, all right, title and interest of DAPHNE  ROSALINDA JACKSON (4) and any

**11** and all third parties in the following properties are hereby condemned, forfeited and vested in the

**12** United States of America:

**13**     a.  approximately $626 in U.S. currency;

**14**     b.  approximately $718 in U.S. currency;

**15**     c.  approximately $2,136 in U.S. currency;

**16**     d.  approximately $1,360 in U.S. currency;

**17**     e.  approximately $1,955 in U.S. currency;

**18**     f.  approximately $500 in U.S. currency;

**19**     g.  a 1998 Chevy Tahoe V8, bearing California license plate number 3XSH296 and VIN 1GNEK13R3WJ333366;

**20**

**21**     h.  a 2004 Nissan Armada V8, bearing California license plate number 5LDP491 and VIN 5N1AA08A34N746851;

**22**     i.  a 2005 Cadillac CTS Sedan V6, bearing California license plate number 6AIM935 and VIN 1G6DP567450188336;

**23**

**24**     j.  a 1998 Cadillac Deville D'Elegance, bearing California license plate number 4YGR821 and VIN 1G6KE54Y7WU782339; and

**25**     l.  a 2000 Honda Accord 4DR, bearing California license plate number 6AMM960 and VIN 3HGCG6657YG702226.

**26**

**27**     m.  a personal money judgment against the Defendant, entered by the Clerk of the Court on January 8, 2009, in the amount of **$20,000.00.**

**28**  //

**1**     IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service,
**2** the Federal Bureau of Investigation and any other governmental agencies which were incident to
**3** the seizure, custody and storage of the properties be the first charge against the forfeited properties.
**4**     IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the
**5** forfeited properties according to law.

**6**
**7** DATED: April 1, 2009

**8** _____
M. James Lorenz
United States District Court Judge